THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD J. MCGAFFNEY, Appellant, *v.* J. HAMPDEN DOUGHERTY, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Respondent.

*People ex rel. McGaffney* v. *Dougherty,* 77 App. Div. 642, modified.
(Argued June 2, 1903; decided June 16, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made December 5, 1902, which affirmed the proceedings of the defendant in removing the relator from the office of general inspector of water meters and dismissed a writ of certiorari to review the same.

*Franklin M. Danaher* and *Thomas J. O'Neill* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order of Appellate Division modified so as to dismiss the writ of certiorari instead of affirming the proceedings thereon, and as modified affirmed, with costs, on the ground that under the decision of this court in *People ex rel. Kennedy* v. *Brady* (166 N. Y. 44) certiorari does not lie to review the action of the commissioner; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, CULLEN and WERNER, JJ. Not voting: HAIGHT, J.